**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                              General Court Number
Clerk                                                                                                         415.522.2000

**May 20, 2008**

**CASE NUMBER:  CV 08-02462 MMC**
**CASE TITLE:  KURT F. JOHNSON-v-USA**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable WILLIAM H. ALSUP** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/20/08

FOR THE EXECUTIVE COMMITTEE:

_____*Richard W. Wieking*_____
                                                                                                              Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                             Special Projects
Log Book Noted                                                    Entered in Computer 5/20/08 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                           Transferor CSA