IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KURT F. JOHNSON,

    Petitioner,

v.

UNITED STATES OF AMERICA, WILLIAM H. ALSUP, and DAVID HALL,

    Respondents.

No. C 08-02462 WHA

**ORDER OF RECUSAL**

    I, the undersigned judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of Paragraph E.2 of the Assignment Plan.

    All pending dates of case management conferences, motions, pretrial conferences and trial are hereby **VACATED** and are to be reset by the newly-assigned judge.

**IT IS SO ORDERED.**

Dated: May 28, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KURT F. JOHNSON,

        Plaintiff,

  v.

USA et al,

        Defendant.

Case Number: CV08-02462 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kurt F. Johnson
#13177-081
Safford Federal Correctional Institution
P.O. Box 9000
Safford, AZ 85548

Dated: May 29, 2008

                                      Richard W. Wieking, Clerk
                                      By: Dawn Toland, Deputy Clerk