### UNITED STATES DISTRICT COURT
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
————————
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

## May 29, 2008

**CASE NUMBER:  CV 08-02462 WHA**
**CASE TITLE:  KURT F. JOHNSON-v-USA**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable JEFFERY S. WHITE**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW**  immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/29/08

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 5/29/08AS

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel

Transferor CSA