Respond to: Kurt F. Johnson - A Natural Man
c/o KURT F. JOHNSON 13177-081
FEDERAL CORRECTIONAL INSTITUTE
P.O. BOX 9000
SAFFORD AZ 85548

FILED

08 JUN -5 AM 9:51

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| KURT F. JOHNSON, | ) | No: CV 08 2462 ~~MMC~~ JSW |
| Petitioner, | ) | NOTICE OF DEFAULT |
| v. | ) | |
| UNITED STATES OF AMERICA, JUDGE WILLIAM H. ALSUP CHARLES DAVID HALL | ) | |
| Respondents. | ) | |

This is to inform the clerk, the court, and the public that this court is in default of the Habeas Corpus Act by failing to prove up jurisdiction in the statutory allotted time of 20 days from service upon the record. The maximum allowed by congress. THIS COURT IS IN DEFAULT AND WITHOUT JURISDICTION.

Dated: June 5, 2008          By: _____
                             By: KURT F. JOHNSON - FICTION - PETITIONER
                                 UNDER RESERVE WITHOUT RECOURSE