Kurt Johnson-A Natural Man
C/O KURT JOHNSON 13177-081
P.O. Box 9000
Safford Az 85548

**RECEIVED**

JUL 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT

OF CALIFORNIA  C08-2462JSW

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 28?? JSW |
| Plaintiff, | NOTICE OF COMING ANSWER |
| V. | |
| KURT JOHNSON, | |
| Defendant. | |

I never did receive any form of alternate service of the complaint. I have been unalbe as of this date to effect a response to a document I have never possed. I have been informed by the BoP that the complaint that they consficated on the day of your alleged service will be in my possession on Thursday the 24th of July. I will make every effort to forward to you a timely response.

Sincerly,

July 21, 2008      By: _____//ss//_____
                   KURT JOHNSON W/O recourse

