**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KURT F. JOHNSON,

    Petitioner,

v.

UNITED STATES OF AMERICA, et al.,

    Respondents.
_____/

No. C 08-02462 JSW

**ORDER TO SHOW CAUSE RE AMENDED PETITION FOR WRIT OF HABEAS CORPUS**

**(Docket No. 13)**

On November 15, 2007, following a jury trial, Kurt F. Johnson ("Johnson"), was convicted of one count of conspiracy to commit mail fraud and 34 counts of mail fraud, in violation of 18 U.S.C. §§ 1841 and 1849. Following his conviction, Johnson was sentenced to 300 months imprisonment.

On May 14, 2008, Johnson filed a Petition for Habeas Corpus. Because Johnson is in custody based upon a federal sentence and because he claims that the court lacked subject matter jurisdiction and that his right to a speedy trial was violated, the Court construed his Petition as a Petition under 28 U.S.C. § 2255, which provides that:

> A prisoner in custody under sentence of a court established by Act of Congress claiming the right to be released upon the ground that the sentence was imposed in violation of the Constitution or laws of the United States, or that the court was without jurisdiction to impose such sentence, or that the sentence was in excess of the maximum authorized by law, or is otherwise subject to collateral attack, may move the court which imposed the sentence to vacate, set aside or correct the sentence. Unless the motion and the files and records of the case conclusively show that the prisoner is entitled to no relief, the court shall cause notice thereof to be served upon the United States attorney, grant a prompt hearing thereon, determine the issues and make findings of fact and conclusions of law with respect thereto.

The Court issued an Order to Show Cause, and on February 20, 2009, the United States filed its response. On February 23, 2009, Johnson filed a Request for 30 Day Leave to Amend Petition and Objection to Court's Lack of Jurisdiction, in which Johnson took issue with the fact that the Court construed the Petition as having been brought pursuant to Section 2255. Johnson asserted that "2255 was never presented by petitioner and its use is objectionable." On March 2, 2009, the Court granted Johnson's request for an extension of time.

On March 31, 2009, Johnson filed his Amended Petition, in which he asserts that his Petition for a Writ of Habeas Corpus should be granted because 18 U.S.C. § 3231 is unconstitutional and, thus, the trial court did not have subject matter jurisdiction over the matter. Liberally construed, Johnson's claims merit an answer from respondent.

**CONCLUSION**

For the foregoing reasons and for good cause shown:

1. The Clerk shall serve by certified mail a copy of this order and the Petition and all attachments thereto upon the Office of the United States Attorney. The clerk shall also serve a copy of this order on Johnson.

2. Respondent shall file with the court and serve on Johnson, within 30 days of the date of this order, an answer showing cause why the Court should not grant the Petition.

3. If Johnson wishes to respond to the answer, he shall do so by filing a reply with the court and serving it on Respondent within 30 days of his receipt of the answer.

**IT IS SO ORDERED.**

Dated: April 20, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KURT F. JOHNSON,

        Plaintiff,

  v.

USA et al,

        Defendant.
_____ /

Case Number: CV08-02462 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 20, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kurt F. Johnson
#13177-081
Safford Federal Correctional Institution
P.O. Box 9000
Safford, AZ 85548

Dated: April 20, 2009

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT F. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>USA et al,<br><br>　　　　Defendant.　　　　　　／ | Case Number: CV08-02462 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 20, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kurt F. Johnson
#13177-081
Safford Federal Correctional Institution
P.O. Box 9000
Safford, AZ 85548

Dated: April 20, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk