UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KURT F. JOHNSON,

        Plaintiff,

  v.

USA et al,

        Defendant.

Case Number: CV08-02462 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 6, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kurt F. Johnson
#13177-081
Safford Federal Correctional Institution
P.O. Box 9000
Safford, AZ 85548

Dated: November 6, 2009

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk